UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAH COLOR TECHNOLOGIES LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>ADOBE SYSTEMS INC,<br><br>    Defendant. | Case No. 3:18-cv-03277-WHO<br><br>**ORDER ON DISCOVERY DISPUTE**<br>Re: Dkt. No. 50 |

The parties submitted a discovery dispute concerning Adobe's deadline for serving its Invalidity Contentions. Dkt. No. 50. They take divergent views on the nature of the dispute. Adobe labels it as a dispute concerning scheduling, whereas RAH contends that Adobe is seeking to obtain a "do-over" for the invalidity contentions it previously served while the case was pending in the Northern District of Illinois prior to its transfer here. I do not think it is necessary to characterize the dispute in order to resolve it.

The parties must abide by this district's patent local rules. Rule 3-1 provides, "[n]ot later than 14 days after" the initial CMC, a party claiming patent infringement shall serve its infringement contentions. *See* Patent L.R. 3-1. Adobe argues that RAH must wait until the initial CMC, but that limitation is not written into the rule and makes little sense under the circumstances of this case. RAH re-served its infringement contentions on July 9, 2018, thereby triggering Rule 3-3, which provides, "[n]ot later than 45 days" after service of the infringement contentions, a party must serve its invalidity contentions. Patent L.R. 3-3. Accordingly, Adobe must serve its invalidity contentions no later than August 23, 2018. Of course, either party may seek leave to

amend the contentions upon a showing of good cause.  *See* Patent L. R. 3-6.

**IT IS SO ORDERED.**

Dated: July 26, 2018

William H. Orrick
United States District Judge