UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: RAH COLOR TECHNOLOGIES LLC PATENT LITIGATION<br><br>This Order Relates to:<br>ALL CASES | Case No. 18-md-02874-SI<br>MDL No. 2874<br><br>**PRETRIAL ORDER NO. 2** |

On April 4, 2019, the Court held an initial case management conference in this case. At the conference, the Court set the following deadlines and issued the following orders.

1. Damages Discovery: The Court stays damages discovery until further notice; however, the parties shall comply with Patent Local Rules 3-8 and 3-9.

2. Stay as to Defendant Eastman Kodak Co.: The Court stays the case against Eastman Kodak Co. (Case No. 19-cv-00982-SI) pending finalization of the settlement or until further notice.

3. *Inter Partes* Review: The Court will not stay any cases based on pending IPR proceedings for petitions for IPR filed after 2019, absent a showing of good cause.

4. EFI's Second Amended Complaint: The Court GRANTS Electronics For Imaging, Inc.

(EFI) leave to file a second amended complaint. EFI shall do so no later than April 11, 2019.

5. Answering Complaints: Heidelberger Druckmaschinen AG (Heidelberger) and Dalim Software GmbH (Dalim) shall answer or otherwise respond to RAH's complaints against them no later than April 18, 2019. RAH shall answer or otherwise respond to EFI's second amended complaint no later than April 25, 2019.

6. Initial Disclosures (Fed. R. Civ. P. 26): Rule 26 initial disclosures for parties who have not yet exchanged disclosures, including EFI, shall be exchanged no later than April 18, 2019.

7. Infringement Contentions (Patent L.R. 3-1 and 3-2): RAH Color Technologies LLC (RAH) shall serve its infringement contentions on Dalim and on Heidelberger no later than April 18, 2019. RAH shall serve its infringement contentions on EFI no later than April 25, 2019.

8. Invalidity Contentions (Patent L.R. 3-3 and 3-4): The Court denies RAH's proposal of a "validity first" schedule. Heidelberger, Dalim, and EFI (if RAH counterclaims for infringement against EFI) each shall serve their invalidity contentions no later than June 3, 2019.

9. Advice of Counsel (Patent L.R. 3-7): The parties must comply with Patent Local Rule 3-7 not later than thirty days after the Court issues its claim construction ruling relating to the patents subject to the advice of counsel.

10. Counterparties' Liaison: The Court appoints James Valentine, counsel for Adobe and Dalim, as liaison counsel for the counterparties on administrative matters.

11. Tutorial: The Court sets a preliminary tutorial for **May 23, 2019, at 10:00 a.m.** If the parties wish to raise any additional matters for the Court's consideration at the time of the tutorial, they shall file a joint statement regarding such matters no later than May 16, 2019.

12. <u>Claim Construction</u>: The Court segments the claim construction process in two, as proposed by the Counterparties in the Joint Status Report. *See* Dkt. No. 44 at 33, 36-40. The Court sets the following dates:

    **A.    Claim Construction Segment 1 ('704, '909, '251, '260, and '340 Patents),** involving Counterparties Xerox, Heidelberger, Kodak,[1] and EFI.

> June 18, 2019: Patent L.R. 4-1 (Exchange of Proposed Terms for Construction)
>
> July 9, 2019: Patent L.R. 4-2 (Exchange of Preliminary Claim Construction and ' Extrinsic Evidence)
>
> August 5, 2019: Patent L.R. 4-3 (Joint Claim Construction and Prehearing Statement)
>
> September 4, 2019: Patent L.R. 4-4 (Completion of Claim Construction Discovery)
>
> September 19, 2019: Patent L.R. 4-5(a) (Plaintiff's Opening Claim Construction Brief)
>
> October 10, 2019: Patent L.R. 4-5(b) (Defendant's Responsive Brief)
>
> October 17, 2019: Patent L.R. 4-5(c) (Plaintiff's Reply Brief)
>
> **November 13, 2019, at 10:00 a.m.**: Patent L.R. 4-6 (Claim Construction Hearing)

    **B.    Claim Construction Segment 2 ('008, '444, '761, '897, and '870 Patents),** involving all Counterparties.

> July 18, 2019: Patent L.R. 4-1 (Exchange of Proposed Terms for Construction)
>
> August 8, 2019: Patent L.R. 4-2 (Exchange of Preliminary Claim Construction and Extrinsic Evidence)
>
> September 3, 2019: Patent L.R. 4-3 (Joint Claim Construction and Prehearing

---

[1] If Kodak does not in fact settle with RAH.

3

1 | Statement)

2 | October 3, 2019: Patent L.R. 4-4 (Completion of Claim Construction Discovery)

3 | October 18, 2019: Patent L.R. 4-5(a) (Plaintiff's Opening Claim Construction Brief)

4 | November 8, 2019: Patent L.R. 4-5(b) (Defendant's Responsive Brief)

5 | November 22, 2019: Patent L.R. 4-5(c) (Plaintiff's Reply Brief)

**December 12, 2019, at 10:00 a.m.**: Patent L.R. 4-6 (Claim Construction Hearing)

13. Protective Order: As set forth in Patent L.R. 2-2, "[t]he Protective Order authorized by the Northern District of California shall govern discovery unless the Court enters a different protective order. The approved Protective Order can be found on the Court's website." This includes Section 8, regarding the prosecution bar. The parties shall continue to meet and confer regarding whether a different protective order is appropriate and may present an agreed upon protective order to the Court for consideration.

14. Special Master: The Court advised that should the discovery and/or disclosure disputes become frequent, a special master will be appointed. RAH's counsel represented RAH did not think the disputes will be numerous; thus, the Court does not appoint a special master at this time. The Court will revisit this ruling in the future if needed.

15. Further Case Management Conference: Set for **January 23, 2020, at 10:00 a.m.**

**IT IS SO ORDERED**.

Dated: April 8, 2019

SUSAN ILLSTON
United States District Judge