UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: RAH COLOR TECHNOLOGIES LLC PATENT LITIGATION, | Case No. 18-md-02874-SI<br>Case No. 3:18-cv-03277- SI (Dkt. No. 103)<br><br>**ORDER RE: ADOBE INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>Re: Dkt. No. 126 |

Adobe Inc. has filed an administrative motion to seal six exhibits to the Declaration of Wing H. Liang in Support of Adobe's Motion to Amend its Invalidity Contentions. Counsel for Adobe and Dalim filed a declaration in support of sealing Exhibits L, S and R, stating that those exhibits contain citations to source code produced by Adobe and Dalim. The Court GRANTS the administrative motion to seal the highlighted portions of Exhibits L, S and R.

The administrative motion also seeks to file under seal portions of Exhibits M, T and U, which contain, discuss or otherwise include information that third-party Apple, Inc. has designated as "confidential," "highly confidential – attorneys' eyes only," or "highly confidential – source code." Apple Inc. has not filed a declaration in support of sealing the material at issue, as is required by Civil Local Rule 79-5(e). The proof of service reflects that the administrative motion to seal was served on counsel for Apple. Dkt. No. 126-3. However, based upon the Court's review, at least some of the designated material appears to be sealable (such as citations to source code).

Accordingly, the Court will afford a further opportunity for Apple to file a declaration in support of sealing. Apple may file a declaration pursuant to Civil Local Rule 79-5(e) no later than October 19, 2020. If Apple does not file a declaration by that date, the Court will deny the motion to seal Exhibits M, T and U, and Adobe shall file those exhibits in the public record.

The Court directs counsel for Adobe and Dalim to serve this order on Apple's counsel.

**IT IS SO ORDERED**.

Dated: October 13, 2020

_____
SUSAN ILLSTON
United States District Judge