UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re RAH COLOR TECHNOLOGIES LLC LITIGATION, | Case No. 18-md-02874-SI<br>Case No. 3:18-cv-03277-SI (Dkt. No. 103)<br><br>**ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL EXHIBITS M, T, AND U TO DECLARATION OF WING LIANG IN SUPPORT OF ADOBE'S MOTION TO AMEND INVALIDITY CONTENTIONS**<br><br>Re: Dkt. Nos. 126, 128 |

Adobe Inc. has filed an administrative motion to seal six exhibits to the Declaration of Wing H. Liang in Support of Adobe's Motion to Amend its Invalidity Contentions. Exhibits M, T and U include material designated by Apple, Inc. as confidential. The Court has reviewed the declaration of Amy Walters and finds that Apple, Inc. has demonstrated good cause for filing the redacted portions of Exhibits M, T and U under seal, and accordingly GRANTS the administrative motion to seal.

**IT IS SO ORDERED**.

Dated: October 14, 2020

SUSAN ILLSTON
United States District Judge